Decided June 17, 1996

STATE OF CONNECTICUT *v.* EUGENE WILLIAMS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 180 (AC 14451), is denied.

*Paul J. Ferencek*, assistant state's attorney, in support of the petition.

*Susan M. Hankins*, assistant public defender, in opposition.

Decided June 17, 1996

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 204 (AC 13685), is denied.